The People of the State of New York ex rel. Minnie Bougie, Appellant, v. William H. McLaughlin, Warden of the City Prison, Borough of Brooklyn, the City of New York, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Thomaso Quaranta, Respondent, v. The Griffin-White Shoe Company, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion granted, without costs, on the ground that the defendant, on the face of the motion papers, was entitled unquestionably to the relief sought. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Charles Reizenstein, Appellant, v. Abraham Miller and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Mary S. Sidway, Appellant, v. Harold S. Sidway, Respondent.— Order affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Alfranzina Skippani, as Administratrix, etc., of Nicholas Skippani, Deceased, Respondent, v. New York, Ontario and Western Railway Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Woodward and Rich, JJ., concurred; Thomas, J., dissented.

William H. Smith, Respondent, v. Charles Hellmann and, Katharina Hellmann, Appellants.— Under the complicated circumstances shown in the record, we think that the default of the defendants should have been opened on proper terms. The order is, therefore, reversed, and the motion to open the default and vacate the judgment is granted on condition that the defendants within twenty days pay to the plaintiff the sum of thirty dollars costs; in case the defendants fail to comply with this direction, the order is affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Margaret Smith, as Administratrix, etc., of Mary A. Kallighan, Deceased, Respondent, v. International Giant Safety Coaster Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Woodward and Rich, JJ., concurred; Thomas, J., voted for reversal, upon the ground that the damages are not warranted by the evidence.

Abraham Sotsky, Respondent, v. Abraham Cohen, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John D. Stem, Respondent, v. Benjamin V. W. Owens, Appellant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.